UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NFP PROPERTY & CASUALTY
SERVICES, INC.,

                Plaintiff,                            **ORDER**

      -*against*-                    26-CIV-04412 (ER)

RADIUS MECHANICAL LLC, NGEM
ENERGY LLC, JENNIFER LEITO, and
DANIEL LEITO,

                Defendants.

RAMOS, D.J.:

       Defendants Radius Mechanical LLC, NGEM Energy LLC, Jennifer Leito, and Daniel Leito filed a motion to dismiss on June 19, 2026.  Doc. 14.

       The motion is DENIED without prejudice for failure to comply with Rule 2(A)(ii) of the Court's individual practices, requiring a moving party to request a pre-motion conference by submitting a letter, not to exceed three pages, setting forth the basis for the anticipated motion.

       It is SO ORDERED.

Dated:    June 22, 2026
          New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.